No. 00A718. CREAMER v. UNITED STATES. Application for release, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–2226. IN RE DISBARMENT OF PARTEN. Disbarment entered. [For earlier order herein, see 531 U. S. 1065.]

No. 00M72. CUELLAR v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 130, Orig. NEW HAMPSHIRE v. MAINE. Motion of the Acting Solicitor General for leave to participate in oral argument granted. JUSTICE SOUTER took no part in the consideration or decision of this motion. [For earlier order herein, see, e. g., 531 U. S. 1066.]

No. 99–1786. GREAT-WEST LIFE & ANNUITY INSURANCE CO. ET AL. v. KNUDSON ET AL. C. A. 9th Cir. [Certiorari granted, 531 U. S. 1124.] Motion of respondents to dismiss the writ of certiorari as improvidently granted is denied. Richard G. Taranto, Esq., of Washington, D. C., is invited to brief and argue this case as amicus curiae in support of the judgment below.

No. 00–151. UNITED STATES v. OAKLAND CANNABIS BUYERS' COOPERATIVE ET AL. C. A. 9th Cir. [Certiorari granted, 531 U. S. 1010.] Motion of Sudi Pebbles Trippet for leave to file a brief as amicus curiae granted. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 00–507. CHICKASAW NATION v. UNITED STATES; and CHOCTAW NATION OF OKLAHOMA v. UNITED STATES. C. A. 10th Cir. [Certiorari granted, 531 U. S. 1124.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 00–795. ASHCROFT, ATTORNEY GENERAL, ET AL. v. FREE SPEECH COALITION ET AL. C. A. 9th Cir. [Certiorari granted sub nom. Holder v. Free Speech Coalition, 531 U. S. 1124.] Motions of Morality in Media, Inc., and Sam Brownback et al. for leave to file briefs as amici curiae granted.

No. 00–6374. BECKER v. MONTGOMERY, ATTORNEY GENERAL OF OHIO, ET AL. C. A. 6th Cir. [Certiorari granted, 531 U. S. 1069, 1110.] Motion of respondents for divided argument denied.